NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C. ROBERT SUESS, LEO SHERRY, RICHARD A. GREEN, IRVING ROBERTS, ON BEHALF OF ALL OTHER SHAREHOLDERS OF BENJAMIN FRANKLIN FEDERAL SAVINGS AND LOAN ASSOCIATION, PETER BAKER, BENJAMIN FRANKLIN FEDERAL SAVINGS AND LOAN ASSOCIATION, AND DONALD MCINTYRE,**
*Plaintiffs-Appellants,*

AND

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5101

---

Appeal from the United States Court of Federal Claims in 90-CV-981, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**O R D E R**

The plaintiffs-appellants move for leave to file a replacement corrected brief to make only non-substantive corrections to citation and typographical errors contained in their corrected brief of appellants filed on October 5, 2011. The United States does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the replacement corrected brief is accepted for filing.

FOR THE COURT

**MAR 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk           .

cc:  Don S. Willner, Esq.
     John M. Dorsey, III, Esq.
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2012

JAN HORBALY
CLERK